Entered on Docket
March 05, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada  89101
Telephone:  (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S 09-10137 LBR |
| | ) | Chapter 13 |
| | ) | |
| FREDERICK L. JONES III, | ) | |
| | ) | |
| | ) | Date:  N/A |
| Debtor(s). | ) | Time:  N/A |
| | ) | |

**ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has not filed his required Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A through J, Declaration Concerning Debtor's Schedule, Statement of Financial Affairs, Statement of Current Monthly

Income and Means Test Calculation, and Certification of Credit Counseling, as required within the forty-five (45) day period, which expired on February 23, 2009.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i).

DATED this ___ day of March, 2009.

Submitted by:

_____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee
(swv)

2
###